FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT 2018 APR 30 A II: II I

U.S. DISTRICT COURT
NEW HAVEN CT

Margarette Charles,                          Case No.: 3:18 cv 729 (SeU.)

                 Plaintiff,

        -against-                            **VERIFIED CIVIL COMPLAINT**
                                             **FOR DECLARATORY JUDGMENT**
EDMOND O' GARRO, NORWALK                     **PURSUANT TO 28 U.S.C. §§ 2201 &**
HOUSING COURT CLERK, IN HIS                  **2202 AND FRCP RULE 57**
INDIVIDUAL CAPACITY;                         **AND EMERGENCY INJUNCTIVE**
                                             **RELIEF PURSUANT TO FRCP RULE 65**

                 Defendant(s).               JURY TRIAL DEMANDED

## PRELIMINARY STATEMENT

**COMES NOW** the Plaintiff, Margarette Charles, to verifiably make claim that

Defendant Edmond O' Garro, the Court Clerk for the City of Norwalk in the County of

Fairfield, deliberately deprived Plaintiff of equal access to the Court by refusing to file a

Notice of Appearance in a Housing Court matter between Plaintiff and U.S. BANK,

NATIONAL ASSOCIATION.

Plaintiff timely attempted to file her Notice of Appearance on two occasions, and

because of the intentional failure of the Court Clerk to file Plaintiff's Appearance into the

Housing Court Docket, the Norwalk Housing Court entered a judgment against Plaintiff

for failure to appear and Ordered immediate possession of the premises on behalf of

the above captioned Defendant(s).

Plaintiff is also respectfully moving this Court for an emergency preliminary

injunction, pursuant to FRCP Rule 65, to enjoin the above named Defendant(s) from

making any attempt to restrict restrain and dispossess Plaintiff from the subject

property. Plaintiff is respectfully seeking this injunction for cause where irreparable harm

will been incurred by her from the removal and dispossession of said subject property which is the primary residence for her and her family.

Plaintiff verifiably alleges that her rights and protections under the Constitutions of United States of America and the State of Connecticut, as well as the positive laws enumerated in the federal and state statutes have been violated, and those deliberate violations of clearly established laws as it relates to the facts of this Civil Complaint form the basis of Plaintiff's verifiable causes of action.

## I. JURISDICTION

Plaintiff brings this action for Declaratory Judgment and Injunctive Relief pursuant to 28 U.S.C. §§ 2201 & 2202, and for the Creation of a Remedy pursuant to FRCP Rule 57 and 65. The basis of Plaintiff's causes of action arise under the Constitution of the United States of America, the Bill of Rights; and under the statutes and Common Law of the State of Connecticut for intentional and negligent unlawful acts and conduct in violation of said statutes and laws of the United States and the State of Connecticut. Defendants are subject to the jurisdiction of this Court.

Plaintiff also respectfully invokes this Court's jurisdiction under 28 U.S.C. § 1331 for a federal question of a justiciable controversy pertaining to the rights of the parties herein; for Connecticut State Law claims, both statutory and Common Law because Plaintiff's claims are so interrelated to federal claims that those claims form a part of the same case or controversy;

This Court has personal jurisdiction over the Defendant(s) because the causes of action giving rise to Plaintiff's claims stem from the violations of Plaintiff's rights perpetrated by them that will cause Plaintiff injury is occurring in this District.

## II. VENUE

Venue is proper in this District because the substantial portion of the events or omissions which form the establishment of Plaintiff's claims occurred in this District and all of the Defendant(s) reside therein.

## III. PARTIES

1. Plaintiff, Margarette Charles, is a proper party to this action, who at all times relevant to this matter, lives at 236 Graham Street, Stratford, Connecticut 06615.

2. Defendant, Edmond O' Garro, is a proper party to this action, who at all times relevant to this matter, is being sued in his individual capacity, and who presumably is a resident of the State of Connecticut and does business at the Norwalk Housing Court in Norwalk Connecticut, located at 17 Belden Avenue, Norwalk, Connecticut 06850.

## IV.  STATEMENT OF FACTS

3. On or about April 1, 2018, Plaintiff's ex-husband, Lexene Charles, and his friend, Heather Lindsay, went as proxy for Plaintiff to the Norwalk Housing Court to file Plaintiff's Notice of Appearance in the Housing Court Action.

4. Plaintiff's ex-husband and his friend went to file an Appearance for Plaintiff in that case because Plaintiff was incapacitated by illness, and she could not go to the Court herself to file the Notice of Appearance for the case against her.

5. Plaintiff imperatively needed to file her Appearance into this Housing Court case so that she could enter her objection and defense against Defendant(s) Motion for Default for Failure to Appear and for Possession Summary

Process. (*See* Exhibit "A", Plaintiff's Notice of Appearance Stamped by the Court Clerk, Edmond O' Garro on April 1, 2018).

6. The Norwalk Housing Court Clerk, Defendant, Edmond O' Garro, explicitly and vehemently told Plaintiff's ex-husband and his friend Heather Lindsay that he was not going to file the Plaintiff's Notice of Appearance which Plaintiff was attempting to have filed into the Housing Court Docket together with a Petition for a Writ of *Audita Querela*. (*See* Exhibit "B", Plaintiff's Petition for Writ of *Audita Querela* time stamped on April 1, 2018).

7. Plaintiff's proxy, Lexene Charles and his friend, Heather Lindsay implored and beseeched Defendant Edmond O' Garro to file Plaintiff's Notice of Appearance and Petition for a Writ of *Audeta Querela*, but Defendant Edmond O' Garro heatedly insisted that he was not going to do so.

8. On or About April 24, 2018, two days or so after Defendant(s) U.S. BANK filed a Motion for Default for Failure to Appear and for Possession Summary Process, Plaintiff realized that not only was her Notice of Appearance not filed into the Court Docket, but neither was her Petition for Writ of *Audita Querela*.

9. Plaintiff again attempted to file another Notice of Appearance together with her Petition for a Writ of *Audita Querela* and this time it was received by a different Court Clerk who took it from Plaintiff's proxy, her ex-husband and his friend Heather Lindsay, time stamped it and gave a copy back to her ex-husband and Ms. Lindsay. (*See* Exhibit "C", the second Notice of Appearance dated April 2?, 2018).

10. Plaintiff's second Notice of Appearance and Petition for Writ of *Audita Querela* was not filed into the Court Docket either. (*See* Exhibit "D", Norwalk Housing Court Docket Sheet for Case No. BPH-CV-6005073-S).

11. On or about April 26, 2018, the Norwalk Housing Court granted the Plaintiff in that action, U.S. BANK, judgment for Default for Failure to Appear and for Possession Summary Process that permits the U.S. BANK to take immediate possession of the subject property within five (5) days of that recorded judgment. That is why Plaintiff urgently seeks an emergency injunction against the U.S. Bank in this matter.

## V. POINTS OF LAW AND AUTHORITIES THAT PLAINTIFF SUBMITS FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

12. Plaintiff respectfully submits to this Honorable Court that a justiciable controversy exists which requires this Court to promulgate a judicial determination by way of Declaratory Judgment of the rights of the parties herein pursuant to 28 U.S.C. §§ 2201 & 2202, and FRCP Rule 57.

13. Plaintiff believes she has a reasonable expectation to be afforded equal access to the Court, an equal opportunity to be heard, and equal protection of the law.

14. Plaintiff has reason to believe that Defendant Edmond O' Garro's deliberate refusal and failure, by his own admission, to file Plaintiff's Notice of Appearance and Petition for Writ of *Audita Querela* is in Plaintiff's estimation, an indefensible violation of Plaintiff's right to due process under the Constitution of the United States as provided in the first ten Amendments, also known as the Bill of Rights.

15. Plaintiff also has reason to believe that the Defendant(s) have violated her rights as provided for in the Connecticut Constitution under Article I, Sections 10 & 20, which states in part: "All Courts shall be open, and every person, for an injury done to him in his person, property or reputation, shall have remedy by due course of law and right and justice administered without sale, denial or delay."… And, "No person shall be denied equal protection of the law, nor be subjected to segregation or discrimination…".

16. Also, under Connecticut General Statute § 46(a)-58 it states in part: (a) "it shall be a discriminatory practice in violation of this section for any person to subject, or cause to be subjected, any other person to the deprivation of any rights, privileges and immunities, secured or protected by the Constitution or laws of this State or of the United States, on account of religion, national origin, alienage, color, race, sex, gender identity or expression, sexual orientation, blindness, mental disability or physical disability."

17. Given the prescribed provisions of law in its most basic and plain meaning, Plaintiff respectfully seeks a judicial determination from the Court that, (1) she is a person who is entitled to be protected under the above prescribed provisions of law, and (2) whether she was afforded the opportunity to exercise her rights by those charged with the authority and the obligation to enforce and facilitate the exercise of her rights under the law in the Norwalk Housing Court.

## VI. CAUSE OF ACTION

## COUNT I

## DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
## IN VIOLATION OF THE UNITED STATES CONSTITUTION'S BILL OF RIGHTS AND
## CONNECTICUT STATE CONSTITUTION'S ARTICLE 1 SECTIONS 10 & 20
## AS WELL AS CONNECTICUT GENERAL STATUTE § 46(a)-58

18. Plaintiff re-alleges and incorporates by reference the facts delineated in paragraphs 1 through 17 above as though fully set forth herein to state that an actual justiciable controversy exists as to the following issues:

19. Because Defendant Edmond O' Garro admitted to Plaintiff's proxy Lexene Charles and his friend Heather Lindsay that he deliberately intended to refuse to file Plaintiff's Notice of Appearance and Petition for a Writ of *Audita Querela* into the Norwalk Housing Court Docket, it is Plaintiff's contention that that was not only done with an unjustifiable indifference to Plaintiff's Right to equal access to the Court, equal opportunity to be heard and equal protection of the law, but actionable as a claim for which damages may be granted upon proof of claim.

20. As a direct and proximate result of Defendant Edmond O' Garro's deliberate intentional actions to deprive Plaintiff of her Right to Due Process, Plaintiff faces the ominous prospect of being put out of the subject property under a five (5) day notice which Plaintiff has no immediate recourse or refuge to mitigate other than this Declaratory Judgment Complaint with an emergency injunction request.

21. Consequently, Plaintiff has suffered, and will suffer irreparable damages should this Court not intervene and grant the injunctive relief Plaintiff seeks.

22. Plaintiff affirmatively asserts to this Court that a judicial declaration is necessary and appropriate at this time under the circumstances in order that

Plaintiff may ascertain her Rights under the law and whether or not the U.S. BANK has a right to proceed with its remedies.

23. Plaintiff is respectfully requesting the Court to grant her this injunction and/or Temporary Restraining Order against any further interruption or intrusion of her quiet enjoyment of said property until the outcome of this pending Civil Action for Declaratory Judgment and Relief in the District Court for the District of Connecticut is adjudicated on its merits and resolved.

24. Plaintiff hereby makes a short and plain statement in accordance with FRCP Rule 8(a) that she is making a claim for which relief can be granted and she is entitled to the relief being sought for the violations of her rights so stipulated by the facts and law specified within the content of this Verified Civil Complaint for Declaratory Judgment; and

**WHEREFORE**, Plaintiff respectfully submits this Verified Civil Complaint for Declaratory Judgment against Defendant Edmond O' Garro for the remedy and relief she believes she is entitled to as follows:

a) To issue an Order of Declaratory Judgment that Plaintiff was deprived of her intrinsic constitutional rights;

b) To issue an injunction or Preliminary Restraining Order against the ruling of the Norwalk Housing Court that was unfairly procured by the Plaintiff in that case by the indifference and deliberate subterfuge of the Clerk of the Court, Defendant Edmond O' Garro, in that action;

c) For any other and further relief as to the Court seems just and proper.

d) Jury Trial demanded on all issues triable by jury.

Date: April 30, 2018.
Fairfield County, State of Connecticut.

Respectfully,

Margarette Charles
236 Graham Street
Stratford, CT 06615
203 450-0415

cc: McCALLA RAYMER LEIBERT PIERCE, LLC
50 Weston Street
Hartford, CT 06120

# EXHIBIT A

**APPEARANCE**
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — *See Back/Page 2*

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date  March 30, 2018

Docket number

Name of case *(Full name of Plaintiff vs. Full name of Defendant)*
U.S. BANK, National Association v. Margarette Charles, et. al.

☐ Judicial District  ☐ Housing Session  ☐ Small Claims  ☐ Geographic Area number

Address of Court *(Number, street, town and zip code)*
17 Belden Avenue, Norwalk, CT 06850

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
Margarette Charles

Juris number of attorney or firm

Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
236 Graham Street, Stratford

Post office box

Telephone number *(Area code first)*

City/town  Stratford   State CT   Zip code 06615

Fax number *(Area code first)*

E-mail address

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☑ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*

☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
*(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

I agree to accept papers (service) electronically in this case under Practice Book Section 10-13    ☐ Yes    ☐ No

Signed *(Individual attorney or self-represented party)*

Name of person signing at left *(Print or type)* MARGARETTE CHARLES

Date signed 8-30-18

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* 8/30/18 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to:
McCalla Raymer Leibert Pierce, LLC
50 Weston Street
Hartford, CT 06120

For Court Use Only

Signed *(Signature of filer)*

Print or type name of person signing MARGARETTE CHARLES

Date signed 3-30-18

Telephone number

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.*

# EXHIBIT B

RETURN DATE: MARCH 30, 2018 : SUPERIOR COURT

U.S.BANK NATIONAL ASSOCIATION, : FAIRFIELD
NOT IN ITS INDIVIDUAL CAPACITY BUT : HOUSING SESSION
SOLELY AS TRUSTEE FOR THE RMAC
TRUST, SERIES 2016-CTT

v. : MARCH 30, 2018

Margarette Charles; Marie Cherry; Jane Doe 1
N/K/A/ Jessica Dolphin; John Doe 1; Jane Doe
II; John Doe II

## PETITION FOR WRIT OF AUDITA QUERELA

1. Applicant for this Petition, Margarette Charles, is the Defendant in a Motion to Open and Vacate Void Judgment concerning the Defendant's property in the above action. (*See* Exhibit "A", Copy of Petitioner's Motion to Open and Vacate Void Judgment).

2. The above named purported Plaintiff caused to be entered a judgment against Petitioner as the purported Defendant in the Superior Court for the State of Connecticut at Bridgeport.

3. Said judgment is a void judgment on its face, and this Court is hereby given notice that the Petitioner is pursuing the remedy of those claims in the Superior Court for the County of Fairfield at Bridgeport.

4. The Superior Court has pendent jurisdiction, and any actions or pleadings in the Lower State Courts are abated until the Superior Court jurisdiction has been resolved.

5. Under the prior pending action doctrine, the Court shall dismiss a second case that raises issues or involves the same parties currently before the Court.

6. The pendency of a prior suit of the same character, between the same parties, where the controversy is not fully resolved, that is brought to obtain the same end or object,

adjudged and declared stayed until and when those prior pending pleadings are

adjudicated and resolved.

Defendant also respectfully requests such other and further relief as to the Court

seems just and proper.

Date: March 30, 2018.
State of Connecticut, County of Fairfield.

Respectfully,

Margarette Charles
236 Graham Street
Stratford, CT 06615

DOCKET NO.: FBT-CV-6012722-S      :      SUPERIOR COURT

U.S. BANK NATIONAL ASSOCIATION,    :      JUDICICIAL DISTRICT OF
IN ITS INDIVIDUAL CAPACITY, BUT     :      FAIRFIELD

v.                                             :      AT BRIDGEPORT

Margarette Charles, et. al.                   :      MARCH 30, 2018

## MOTION TO OPEN AND VACATE VOID JUDGMENT
## PURSUANT TO P.B. § 52-212

Defendant, Margarette Charles, pursuant to P.B. § 52-212, hereby respectfully files this

Motion to Open and Vacate the Foreclosure Judgment entered by the Court in favor of the

Plaintiff in the above captioned action based upon serious errors, misrepresentations,

misconduct, unconscionability and fraud, as well as new found evidence all concerning the

Plaintiff's lack of Standing, and consequently, the Court's lack of subject matter jurisdiction.

Defendant, in invoking her rights as protected by the United States Constitution and the

Constitution of the State of Connecticut attests that this Court has intrinsic authority, independent

of statutory provisions of law, to vacate any judgment obtained by fraud, duress,

unconscionability or mutual mistake. Such stated conditions as described herein toll any statute

of limitations normally placed on a Motion to Open/Vacate, pursuant to the Connecticut State

Constitution and United States Constitution.

The Connecticut Supreme Court and our Connecticut State Statutes offer unconditional

statutory protection against fraudulent and unconscionable conduct. In special circumstances,

Connecticut Law permits, and its Courts of competent jurisdiction shall entertain a Motion to

Vacate Judgment that was filed after four months when there is a showing to the Court of Fraud

and unconscionability. (*See* C.G.S. § 52-212(a) that clearly states: "Judgments obtained by fraud

may be attacked at any time").

In Connecticut, there is no deadline for taking appropriate legal action, or expiration of rights for a Party who discovers acts of fraud after judgment has been entered, and/or Title vested, as the case may be.

## MATERIAL FACTS

1. McCALLA RAYMER LEIBERT PIERCE, LLC *f/k/a* HUNT LEIBERT JACOBSON, P.C., filed the instant foreclosure action on behalf of CITIMORTGAGE, INC. on 09/08/2010.

2. On July 30, 2012, CITIMORTGAGE, INC. transferred their claim to the subject property through an Assignment of Mortgage to U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS A LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST I. (*See* Exhibit "A", Plaintiff's Motion to Substitute Party to U.S. BANK NATIONAL ASSOCIATION).

3. Then, on March 6, 2017, CITIMORTGAGE, INC. made Motion to substitute their claim as Plaintiff against Defendant's property rights in the instant action to A NON-EXISTENT, DECEASED ENTITY, UMB BANK NATIONAL ASSOCIATION on, and on 03/13/2107, Judge Alfred J. Jennings granted this Motion. (*See* Exhibit "B", CITIMORTGAGE, INC.'s Motion to Substitute Party to UMB BANK NATIONAL ASSOCIATION CITIMORTGAGE, and Judge Alfred J. Jennings Order granting same).

4. Plaintiff, UMB BANK NATIONAL ASSOCIATION is not a legal entity registered to do business in the State of Connecticut per business entity registration databases compiled within the Connecticut Secretary of State and Department of Banking for the State of Connecticut respectively.

5. The alleged Plaintiff, UMB BANK NATIONAL ASSOCIATION, who technically authorized its Counsel, McCALLA RAYMER LIEBERT PIERCE, LLC, to pursue the instant foreclosure complaint was a deceased as an entity and cannot speak as they do not exist and have no capacity to sue or be sued.

6. The dead entity, UMB BANK NATIONAL ASSOCIATION, who is the last known recorded Assignee of the Defendant's Mortgage (*See* Exhibit "B", *inter alia*) had no legal authority to pursue the foreclosure action against Defendant because they had no Standing to invoke the jurisdiction of the Superior Court at Bridgeport or any other Court for that matter.

7. At the time of the judgment of foreclosure, the prior substituted Plaintiff, U.S. BANK NATIONAL ASSOCIATION, substituted the Plaintiff in this action to a non-existent entity, UMB BANK NATIONAL ASSOCIATION, who lacked Standing to obtain any equitable relief from a purported debt collection foreclosure action on their own behalf or anyone else's.

8. This Honorable Court has already been deceived by the shenanigans of the Plaintiff's Counsel, HUNT LEIBERT JACOBSON, P.C., now known as McCALLA RAYMER LEIBERT PIERCE, LLC, through their duplicitous maneuverings to obtain a VOID foreclosure Judgment through fraudulent means using a deceased non-entity as Plaintiff.

9. The Court, now having such new evidence as of March 30, 2018, is hereby being made aware that it lacked subject matter jurisdiction at the time of the Court's ruling to grant Plaintiff UMB BANK NATIONAL ASSOCIATION Judgment for

for? Payments and proceeds from a foreclosure sale could not be distributed legally based upon a fatally broken chain of Title emanating from a deceased entity.

## II.    THE ALLEGED ASSIGNMENTS OF MORTGAGE INSTRUMENTS ARE

### FRAUD

15. The deceased Plaintiff, UMB BANK NATIONAL ASSOCIATION, and its Attorneys, McCALLA RAYMER LEIBERT PIERCE, LLC, falsely and with crafty intent to mislead, fraudulently claimed in its Foreclosure Complaint that the Assignments of Mortgage were done with Clean Hands and Good Faith and Fair Dealing, but none of the Assignments were done through a Power of Attorney from the Assignor to the Assignee in any of the purported Assignments entered as evidence in the foreclosure Complaint.

16. And, the Assignment made to the non-existing entity, UMB BANK NATIONAL ASSOCIATION, is VOID on its face and unenforceable as an equitable claim to Defendant's property.

17. The purported Plaintiff, UMB BANK NATIONAL ASSOCIATION, and its Attorneys, McCALLA RAYMER LEIBERT PIERCE, LLC, perpetrated fraud upon the Court with their bogus and legally insufficient document titled "Assignment of Mortgage, dated June 22, 2015 (*See* Exhibit "B", *inter alia*).

## III.    VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT

### (FDCPA)

18. The unlawful conduct complained of within this Motion concerning the fraudulent Assignments of Mortgage and the non-existing Party Plaintiff are violations of the FDCPA.

19. Manufacturing and filing of sham Assignments of Mortgages falls under 15 U.S.C. § 1692(e) – 807 "False or Misleading Representations".

20. The act of implementing a False and Misleading Representation falls under 15 U.S.C. §1692(f) – 808 "Unfair Practices", and 15 U.S.C. §1692(j) – 812 "Furnishing Certain Deceptive Forms".

## IV.   CONNECTICUT UNFAIR TRADE PRACTICES ACT

21. The acts and practices complained of in this Motion to Open and Vacate Void Judgment constitutes conduct that is in violation of the Connecticut Unfair Trade Practices Act of the Connecticut General Statutes Chapter 735(a) - § 42-110(b).

22. Under § 42-110(b) it states: "Unfair Trade Practices Prohibited, legislative intent – (a) No Person shale engage in unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or enterprise.

**WHEREFORE**, based upon all of the above mentioned facts in paragraphs 1 through 22, that are clear and convincing as to the fraudulent acts perpetrated by the Plaintiff and the Attorneys representing them, the Defendant(s), respectfully move this Court for an Order reopening this case, and that upon proof of the genuine issues of material facts presented herein, Defendant(s) request that the Court Vacate its Judgment as Void, and dismiss this foreclosure Complaint with prejudice for the duplicitous acts of fraud upon the Court perpetrated by t he Plaintiff and its Agent Attorneys.

Date: March 30, 2018.
State of Connecticut, County of Fairfield.

Respectfully,

Margarette Charles

236 Graham Street
Stratford CT 06615

# EXHIBIT C

**APPEARANCE**
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

**Notice To Self-Represented Parties**
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date

Docket number

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

US BANK NATIONAL ASSOCIATION vs. MARGARETTE CHARLES, Et al.

☐ Judicial District   ☑ Housing Session   ☐ Small Claims   ☐ Geographic Area number ____

Address of Court *(Number, street, town and zip code)*

17 BELDEN AVENUE, NORWALK, CT 06850

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney

MARGARETTE CHARLES

Juris number of attorney or firm

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*

236 GRAHAM Street,

Post office box

Telephone number *(Area code first)*

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| Stratford | CT | 06615 | | |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person)*.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: ____
☑ The Defendant *(includes the person being sued or charged with a crime)*.
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
☐ All Defendants.
☐ The following Defendant(s) only: ____
☐ Other *(Specify)*: ____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8)*: ____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☑ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ *[signature]* | MARGARETTE CHARLES | 4/25/18 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* 4/25/18 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

McCalla Raymer Liebert Pierce, LLC
50 WESTON STREET
HARTFORD, CT 06120

For Court Use Only

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ *[signature]* | Margarette Charles | 4/25/18 | |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

DOCKET NO.: BPH-CV18-6005073-S

U.S.BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE
RMAC TRUST, SERIES 2016-CTT

v.

Margarette Charles; Marie Cherry; Jane Doe
1 N/K/A/ Jessica Dolphin; John Doe 1; Jane
Doe II; John Doe II

:    SUPERIOR COURT

:    JUDICIAL DISTRICT OF

:    FAIRFIELD AT NORWALK

:    HOUSING SESSION

:    APRIL 25, 2018

:

:

## MOTION TO STRIKE
## PLAINTIFF'S MOTION FOR DEFAULT FOR FAILURE TO APPEAR
## AND OBJECTION TO PLAINTIFF'S MOTION
## FOR JUDGMENT OF POSSESSION SUMMARY PROCESS

COMES NOW the purported Defendant, Margarette Charles, to hereby move this Court for an Order striking the Plaintiff's Motion for Default for Failure to Appear and for Judgment of Possession Summary Process pursuant to PB § 10-39. Defendant is compelled to bring to the Court's attention that the Court Clerk, Edmond O'Garro, has intentionally interfered with the right of the purported Defendant to equal access to the Court, by deliberately depriving the purported Defendant's ability to file papers to the Court in this action.

On or about April 1, 2018, the purported Defendant filed an Appearance to the Court in this action, and the Court Clerk, Edmond O'Garro, told the purported Defendant's ex-husband, Lexene Charles and his friend Heather Lindsay, that he was not going to file the purported Defendant's Appearance and Petition for Writ of Audita Querela that the purported Defendant sent with her ex-husband and his friend to file on her behalf. (*See* Exhibit "A", Notice of Appearance dated April 1, 2018).

The purported Defendant also filed a Petition for Writ of Audita Querela with her Notice of Appearance that included a copy of the purported Defendant's Motion to Open and Vacate a

Void Judgment in the preceding foreclosure action between the parties named in this action that is also dated April 1, 2018. (*See* Exhibit "B", copy of the "Petition for Writ of Audita Querela with Motion to Open and Vacate Void Judgment as an Exhibit").

The purported Defendant has proffered to this Court incontrovertible evidence that she has submitted a Notice of Appearance in this action, and therefore the Plaintiff's Motion for Default for Failure to appear should be moot, but only because the Court Clerk neglected or deliberately failed to docket the duly filed Appearance that the purported Defendant filed, together with her Petition for Writ of Audita Querela, the Plaintiff is now making Motions that are prejudicial and violative of the purported Defendant's rights. (*See* Exhibit "C", Housing Session's Court Docket Sheet). It is for these good and sufficient reasons specified herein that the purported Defendant moves this Court for an Order to Strike the proposed Motions that Plaintiff has filed.

WHEREFORE, the purported Defendant hereby moves this Court for an Order striking the Motion for Default for Failure to Appear and Motion for Judgment of Possession Summary Process, and for such other and further relief as to the Court seems just and Proper.

Respectfully,

Margarette Charles
236 Graham Street
Stratford, CT 06615

cc: McCALLA RAYMER LEIBERT PIERCE, LLC
50 Weston Street
Hartford, CT 06120

# EXHIBIT D



### State of Connecticut Judicial Branch
## Superior Court Case Look-up

| | |
|---|---|
| Superior Court Case Look-up | *e* BPH-   **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID v.** |
|   Civil/Family | CV18-6005073-S   **CHARLES, MARGARETTE Et Al** |
|   Housing | Prefix: HSG    Case Type: H00    File Date: 03/28/2018    Return Date: 03/30/2018 |
|   Small Claims | |

**Attorney/Firm Juris Number Look-up**   Case Detail   Notices   History   Scheduled Court Dates   E-Services Login   Screen Section Help   ▶

To receive an email when there is activity on this case, click here.

**Case Look-up**
  **By Party Name**
  **By Docket Number**
  **By Attorney/Firm Juris Number**
  **By Property Address**

**Short Calendar Look-up**
  **By Court Location**
  **By Attorney/Firm Juris Number**
  **Motion to Seal or Close**
  **Calendar Notices**

**Court Events Look-up**
  **By Date**
  **By Docket Number**
  **By Attorney/Firm Juris Number**

**Pending Foreclosure Sales**

**Understanding**
**Display of Case Information**

**Contact Us**



**Comments**

Information Updated as of: 04/24/2018

| Case Information | |
|---|---|
| **Case Type:** | H00 - Housing - Summary Process |
| **Court Location:** | BRIDGEPORT HOUSING SESSION |
| **Property Address:** | 236 Graham Street, Stratford, CT 06615 |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Last Action Date:** | 04/19/2018 (The "last action date" is the date the information was entered in the system) |

| Disposition Information | |
|---|---|
| **Disposition Date:** | |
| **Disposition:** | |
| **Judge or Magistrate:** | |

| Party & Appearance Information | | |
|---|---|---|
| **Party** | **No Fee Party** | **Category** |
| **P-01**   **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT** | | Plaintiff |
|   **Attorney:**   *e* MARINOSCI LAW GROUP PC (431033) File Date: 03/28/2018    275 WEST NATICK ROAD    SUITE 500    WARWICK, RI 02886 | | |
| **D-01**   **MARGARETTE CHARLES**   Non-Appearing | | Defendant |
| **D-02**   **MARIE CHERRY**   Non-Appearing | | Defendant |
| **D-03**   **JANE DOE I N/K/A JESSICA DOLPHIN**   Non-Appearing | | Defendant |
| **D-04**   **JOHN DOE I**   Non-Appearing | | Defendant |
| **D-05**   **JANE DOE II**   Non-Appearing | | Defendant |
| **D-06**   **JOHN DOE II**   Non-Appearing | | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an *e* in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and

Electronic Access to Court Documents Quick Card

**Any documents protected by law Or by court order that are Not open to the public cannot be located by those authorized by law or court order to see them.

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | 03/28/2018 | P | HOUSING SUMMARY PROCESS SUMMONS (JD-HM-32) | No |
| 100.31 | 03/28/2018 | P | COMPLAINT | No |
| 100.32 | 03/28/2018 | P | NOTICE TO QUIT POSSESSION - ORIGINAL SUMMARY PROCESS | No |
| 100.33 | 03/28/2018 | P | RETURN OF SERVICE | No |
| 100.34 | 03/28/2018 | P | CONTINUATION OF PARTIES | No |
| 101.00 | 04/06/2018 | P | MOTION FOR DEFAULT FOR FAILURE TO APPEAR AND JUDGMENT OF POSSESSION SUMMARY PROCESS | No |
| 101.10 | 04/11/2018 | C | ORDER ! NEW<br>RESULT: Denied 4/11/2018 HON EDDIE RODRIGUEZ | No |
| 102.00 | 04/12/2018 | P | HOUSING SUMMARY PROCESS SUMMONS (JD-HM-32) ! NEW | No |
| 103.00 | 04/12/2018 | P | WITHDRAWAL OF MOTION ! NEW<br>100.30 | No |
| 104.00 | 04/20/2018 | P | MOTION FOR DEFAULT FOR FAILURE TO APPEAR AND JUDGMENT OF POSSESSION SUMMARY PROCESS ! NEW | No |

| Scheduled Court Dates as of 04/23/2018 |
|---|
| BPH-CV18-6005073-S - **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID v. CHARLES, MARGARETTE Et Al** |

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

civil  family

Civil/Family Case Look-Up  Short Calendars By Juris

Number By Court Location

Attorneys Case Look-up Courts Directories EducationalResources E-Services FAQ's Juror Information News & Updates
Opinions Opportunities Self-Help Home

Common Legal Terms Contact Us Site Map Website Policies

Copyright © 2018, State of Connecticut Judicial Branch

Page Created on 4/24/2018 at 3:33:16 PM

# EXHIBIT E

# APPEARANCE
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

## STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

### Notice To Self-Represented Parties
**A self-represented party is a person who represents himself or herself.** *If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date

Docket number

Name of case *(Full name of Plaintiff vs. Full name of Defendant)*

US BANK NATIONAL ASSOCIATION VS. MARGARETTE CHARLES, Et al.

Address of Court *(Number, street, town and zip code)*

| ☐ Judicial District | ☑ Housing Session | ☐ Small Claims | ☐ Geographic Area number |

17 BELDEN AVENUE, NORWALK, CT 06850

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney

MARGARETTE CHARLES

Juris number of attorney or firm

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*

236 GRAHAM Street,

Post office box

Telephone number *(Area code first)*

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
| STRATFORD | CT | 06615 | | |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☑ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*

    ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____

*(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**    ☐ Yes    ☑ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
| ▶ *[signature]* | MARGARETTE CHARLES | 4/25/18 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* 4/25/18 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

McCalla Raymer Liebert Pierce, LLC
50 WESTON STREET
HARTFORD, CT 06120

For Court Use Only

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
| ▶ *[signature]* | Margarette CHARles | 4/25/18 | |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

 

## State of Connecticut Judicial Branch
# Appellate/Supreme E-Filing

Margarette Charles (margarettecharles)                Email: margarettecharles236@yahoo.com  Logout

You have selected this case:

Docket Number:                          Name of Case:

BPH-CV-18-6005073-S                     U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID v. CHARLES,
                                        MARGARETTE Et Al

### You have successfully E-Filed!

*You must now save or print the appeal form. A copy of the appeal form must immediately be delivered to all counsel of record. If you do not save or print the appeal form, you will be unable to immediately deliver a copy of the form to all counsel of record because you will not have electronic access to the form after you leave this screen.*

View/Save/Print Appeal form here:

Print Confirmation of E-Filing here

### Confirmation of E-Filing

For questions regarding this payment: Contact Us.

| | |
|---|---|
| Supreme/Appellate Docket Number: | **AC 41594** |
| Trial Court Docket Number: | **BPH-CV-18-6005073-S** |
| Type of Transaction: | **APPEAL** |
| Fee Amount: | **$250.00 CREDIT CARD** |
| Service Fee: | **$5.50** |
| Total Transaction Amount: | **$255.50** |
| Date Filed: | **04/27/2018** |
| Filed By: | **margarettecharles - Margarette Charles** |
| Date & Time of Transaction: | **04/27/2018 04:52 PM** |
| Documents Filed: | **143587-143577APPEAL-AC-41594** |
| **Payment Confirmation Number:** | **78127699** |

Back to E-Filing Menu                                    Logout

Copyright © 2018, State of Connecticut Judicial Branch

RECEIVED
U.S. ATTORNEY'S OFFICE
BRIDGEPORT. CONNECTICUT

2018 APR 26 PM 3: 31

United States Attorney
District of Connecticut
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut    06604

*PLEASE NOTE:    The United States Attorney is responsible for the prosecution of violations of federal laws and for representing officers and agencies of the federal government in civil actions.    Accordingly, our office can only undertake those cases falling within our authority.*

If you will provide us with the facts of your complaint, inquiry will be made to determine whether the facts merit action by this office.   If you have any questions, please indicate them on this form.   If you need more space, please use additional sheets of paper and attach them to this form.   **When you have completed this form, please forward it to the U. S. Attorney's Office at the above address.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DO NOT WRITE ABOVE THIS LINE

Today's Date:__April 26, 2018__

YOUR NAME:__Margarette Charles__

ADDRESS:__236 Graham Street__
__Stratford, CT 06615__

TELEPHONE NUMBER:__(203) 450-0415__

WERE YOU REFERRED TO THIS OFFICE BY ANY AGENCY OF PUBLIC OFFICIAL?__No__
    IF YES, PLEASE INDICATE
THEM:_____

DO YOU HAVE AN ATTORNEY REPRESENTING YOU IN THIS MATTER?__NO__
IF YES, PLEASE INDICATE FULL NAME AND ADDRESS:_____

HAVE YOU ADVISED YOUR ATTORNEY OF THE COMPLAINT TO THIS OFFICE?_____

IS THERE A COURT ACTION PENDING WHICH PERTAINS TO THIS MATTER?__YES__
IF YES, PLEASE GIVE CASE NUMBER AND COURT:__Norwalk Housing Court__
__17 Belden Avenue, Docket No.: BPH-CV-18-6005073-S__

LIST ALL PUBLIC AGENCIES YOU MAY HAVE CONTACTED REGARDING THIS COMPLAINT:
__STATE ATTORNEY GENERAL - STRATFORD POLICE DEPARTMENT__
__STATE POLICE - FBI__

State the details of your complaint or information on the attached sheet.   Use the reverse side if necessary.
If you have any relevant documents, please attach COPIES only.   DO NOT SEND ORIGINAL DOCUMENTS.

I hereby represent the following facts to be true:

_____ Date:__4/26/2018__
(Signature)

CITIZEN'S COMPLAINT    -continued-    Your